UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH M. HARPER                                                                                  PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:21-CV-60-DPJ-FKB

BOARD OF SUPERVISORS OF WARREN COUNTY, ET AL.                       DEFENDANTS

ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455. It is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2021.

                                                 s/ *Daniel P. Jordan III*
                                                 CHIEF UNITED STATES DISTRICT JUDGE