## IN THE UNITED STATES DISCTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**KENNETH M. HARPER**                                                                 **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 3:21-cv-60-CWR-FKB**

**BOARD OF SUPERVISORS OF**
**WARREN COUNTY, MISSISSIPPI;**
**EDWARD HERRING, in his official capacity**
**as a member of the Board of Supervisors;**
**WILLIAM H. BANKS, JR., in his official capacity**
**as a member of the Board of Supervisors;**
**SHAWN JACKSON, in her official capacity**
**as a member of the Board of Supervisors;**
**JEFFERY P. HOLLAND, in his official capacity**
**as a member of the Board of Supervisors; and**
**KELLE BARFIELD, in her official capacity**
**as a member of the Board of Supervisors**                  **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court on the joint *ore tenus* motion of Plaintiff Kenneth M. Harper and Defendants Board of Supervisors of Warren County, Mississippi, Edward Herring, William H. Banks, Jr., Shawn Jackson, Jeffery P. Holland, and Kelle Barfield, requesting this Court to dismiss with prejudice the subject action, and the Court, having been advised that the parties have reached an agreement and, based upon the Order of the Court [22] and the Resolutions of the Board of Supervisors implementing this Order, adopted on July 19, 2021, July 26, 2021 and August 2, 2021, is of the opinion that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the subject action is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 8th day of September, 2021.

                                            s/ Carlton W. Reeves
                                            UNITED STATES DISTRICT JUDGE

Agreed to by:

*/s/Samuel L. Begley*
SAMUEL L. BEGLEY, (MSB #2315)
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
begleylaw@gmail.com
*Attorney for Plaintiff*


*/s/Jessica S. Malone*
WILLIAM R. ALLEN (MSB #100541)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland and Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39601
Tel:    601-833-4361
Fax:   601-833-6647
wallen@aabalegal.com
jmalone@aabalegal.com
*Attorneys for Defendants*